THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PETERSON REBAR PLACEMENT, LLC, Contractor's License No. PETERRP857CO, UBI No. 603435547, <br><br> Defendant. | NO. 2:22-cv-01541-TL <br><br> ORDER ON MOTION TO EXTEND DEADLINE TO FILE DEFAULT JUDGMENT MOTION <br><br> [PROPOSED] |

This matter comes before the Court upon Plaintiffs' Motion to Extend the Deadline to File Default Judgment (Dkt. No. 11), and the Court having reviewed the records and files herein, and otherwise being fully advised:

ORDERS that the Motion to Extend the Deadline to File Default Judgment is GRANTED.

ORDER ON MOTION TO EXTEND DEADLINE – 1
CAUSE NO. 2:22-cv-01541-TL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2900 077 ga30dd010q



Any dispositive motion shall be filed **no later than May 1, 2023**.

　　　　IT IS SO ORDERED.

　　　　Dated this 3rd day of February 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

 /s/  Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA No. 40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA  98101
Telephone: (206) 224-9900
noelled@bcmjlaw.com
Attorneys for Plaintiffs

ORDER ON MOTION TO EXTEND DEADLINE – 2
CAUSE NO. 2:22-cv-01541-TL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2900 077 ga30dd010q