UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND et al., <br><br>              Plaintiffs, <br>     v. <br><br>PETERSON REBAR PLACEMENT, LLC, <br><br>              Defendant. | CASE NO. 2:22-cv-01541-TL <br><br> MINUTE ORDER |

The following minute order is made at the direction of the Court, the Honorable Tana Lin:

Before the Court is Plaintiffs' motion for default judgment. Dkt. No. 20. Plaintiffs submitted a declaration from Kaleb Laird in support of their motion. Dkt. No. 21. Mr. Laird purported to attach copies of the two Master Labor Agreements ("MLA") in effect

MINUTE ORDER - 1

during the relevant time period to his declaration: an MLA effective from July 1, 2020, through June 30, 2021, and an MLA effective from July 1, 2021, through June 30, 2024. *See* Dkt. No. 21 ¶ 10, Ex. B. However, rather than attaching the MLA effective from July 1, 2021, through June 30, 2024, Mr. Laird attached an MLA effective from July 1, 2017, through June 30, 2020. *See id.* at 10–46; *see also id.* at 47–84 (2020–21 MLA).

Accordingly, the Court ORDERS Plaintiffs to file a supplemental declaration that attaches a copy of the MLA effective from July 1, 2021, through June 30, 2024, by no later than **July 12, 2023**. The Court DIRECTS the Clerk to renote Plaintiffs' motion (Dkt. No. 20) for **July 12, 2023**.

Filed and entered this 10th day of July, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2